**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Melissa Saulsbery | ) | |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:19-cv-02468 UNA |
| | ) | |
| | ) | |
| Mark Twain Water Zone, LLC et al. | ) | |
| | ) | |
| Defendant(s). | ) | |

## <u>ORDER</u>

The above styled and numbered case was removed from the Circuit Court of Ralls County, Missouri, on September 3, 2019 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and randomly assigned to the Honorable Noelle C. Collins, United States District Judge, under cause number 2:19-cv-00074 NCC.

**IT IS FURTHER ORDERED** that cause number 4:19-cv-02468 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: <u>September 3, 2019</u>　　　　　　By: <u>Jason W. Dockery</u>
　　　　　　　　　　　　　　　　　　　　Case Initiation Team Leader

**In all future documents filed with the Court, please use the following case number 2:19-cv-00074 NCC.**